Michael J. Terhar [State Bar No. 89491]
Jonathan E. Hembree [State Bar No. 274051]
CUNNINGHAM SWAIM, LLP
2 North Lake Avenue, Suite 550
Pasadena, California 91101
Telephone:  (626) 765-3000
Facsimile:  (626) 765-3030
Email: mterhar@cunninghamswaim.com
Email: jhembree@cunninghamswaim.com

Attorneys for Defendants,
WERNER CO. (erroneously sued as "WERNER CO. also known as NEW WERNER CO."); and LOWE'S HOME CENTERS, LLC (erroneously sued as "LOWE'S HOME CENTERS, LLC, doing business as LOWE'S HOME IMPROVEMENT WAREHOUSE")

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SHARPE, | Case No. 2:23-cv-02239-DJC-DMC |
| Plaintiff, | **ORDER RE JOINT STIPULATION FOR PROTECTIVE ORDER** |
| vs. | Assigned to: District Judge Daniel J. Calabretta and Magistrate Judge Dennis M. Cota |
| WERNER CO. also known as NEW WERNER CO.; LOWE'S HOME CENTERS, LLC, doing business as LOWE'S HOME IMPROVEMENT WAREHOUSE; LOWES COMPANIES INC., and DOES 1 through 50, inclusive, | |
| Defendants | |

The Court has read and considered the foregoing "**JOINT STIPULATION FOR PROTECTIVE ORDER,**" ECF No. 12, which has been signed by counsel for all parties, and **PURSUANT TO THE STIPULATION, IT IS SO ORDERED**.

Dated:  November 27, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1
ORDER RE JOINT STIPULATION FOR PROTECTIVE ORDER

512.3580