Michael J. Terhar [State Bar No. 89491]
Jonathan E. Hembree [State Bar No. 274051]
CUNNINGHAM SWAIM, LLP
2 North Lake Avenue, Suite 550
Pasadena, California 91101
Telephone:  (626) 765-3000
Facsimile:  (626) 765-3030
Email: mterhar@cunninghamswaim.com
Email: jhembree@cunninghamswaim.com

Attorneys for Defendants,
WERNER CO. (erroneously sued as "WERNER CO. also known as NEW WERNER CO."); and LOWE'S HOME CENTERS, LLC (erroneously sued as "LOWE'S HOME CENTERS, LLC, doing business as LOWE'S HOME IMPROVEMENT WAREHOUSE")

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SHARPE,<br><br>         Plaintiff,<br><br>     vs.<br><br>WERNER CO. also known as NEW WERNER CO.; LOWE'S HOME CENTERS, LLC, doing business as LOWE'S HOME IMPROVEMENT WAREHOUSE; LOWES COMPANIES INC., and DOES 1 through 50, inclusive,<br><br>         Defendants | Case No. 2:23-cv-02239-DJC-DMC<br><br>**ORDER OF DISMISSAL**<br><br>Assigned to: District Judge Daniel J. Calabretta and Magistrate Judge Dennis M. Cota |

THIS MATTER having come before the undersigned Judge this day on the parties' Stipulated Motion for Dismissal through their respective attorneys of record, it is hereby ORDERED that Plaintiff JENNIFER SHARPE's complaint for this action, Case No. 2:23-cv-02239-DJC-DMC is dismissed without prejudice as to Defendant, LOWE'S HOME CENTERS, LLC (erroneously sued as "LOWE'S HOME CENTERS, LLC, doing business as LOWE'S HOME IMPROVEMENT WAREHOUSE") only and without costs to any party.

Defendant Lowe's has waived any statute of limitations defense as to Plaintiff during the pendency of this lawsuit pursuant to an agreement of the parties.

1   DATED this 6th day of December 2023.

2

3   Dated:  December 6, 2023                    /s/ Daniel J. Calabretta
                                                THE HONORABLE DANIEL J. CALABRETTA
4                                               UNITED STATES DISTRICT JUDGE