LAW OFFICES OF
**REINER & FRANKEL, LLP**
2851 Park Marina Drive, Suite 200
Post Office Box 494940
Redding, CA  96049-4940
(530) 241-1905
FAX (530) 241-0622

Russell Reiner, State Bar No. 84461
Rick Lundblade, State Bar No. 220662
April K. Stratte, State Bar No. 290423

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SHARPE, | **NO. 2:23-cv-02239-DJC-DMC** |
| Plaintiff, | **JOINT STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER** |
| vs. | |
| WERNER CO. also known as NEW WERNER CO.; LOWE'S HOME CENTERS, LLC, doing business as LOWE'S HOME IMPROVEMENT WAREHOUSE; LOWES COMPANIES INC., and DOES 1 through 50, inclusive, | **Complaint Filed: August 8, 2023**<br>**Trial Date:  September 29, 2025**<br><br>Assigned to District Judge Daniel J. Calabretta and Magistrate Judge Dennis M. Cota |
| Defendants. | |
| _____/ | |

Pursuant to Civil Local Rule 143(a)(1) and subject to the Court's approval, the parties hereto jointly stipulate to modify the Scheduling Order filed November 20, 2023, (Document #13) as detailed below. This is the first request to modify the schedule.

This stipulation is being made because the parties wish to participate in mediation and want to avoid unnecessary costs that would be incurred prior to mediation if the scheduling order is not modified. The parties contemplate this will give mediation the greatest chance for success.

/ / /

Accordingly, in order to best manage costs and promote the efficient resolution of this matter, the parties propose the following amendments to the scheduling order.

The trial date is scheduled for September 29, 2025. We do not believe there will be any need to continue the trial if this stipulation is granted.

The parties stipulate and agree to the following amendments in the scheduling order:

| Event | Current Deadline | New Proposed Deadline |
|-------|------------------|-----------------------|
| Completion of Fact Discovery | October 15, 2024 | December 15, 2024 |
| Plaintiff's Initial Disclosure of Experts (and produce reports) | October 22, 2024 | December 22, 2024 |
| Defendants' Initial Disclosure of Experts (and produce reports) | November 12, 2024 | January 12, 2025 |
| Supplemental Disclosure of Experts | 20 days after designation | No change |
| Plaintiff's expert testimony (rebuttal) | November 25, 2024 | January 25, 2025 |
| Defendants' expert testimony (rebuttal) | December 13, 2024 | February 13, 2025 |
| Expert Discovery Completion | January 17, 2025 | March 17, 2025 |
| Dispositive Motions (filing due on or before) | March 28, 2025 | April 18, 2025 |
| Dispositive Motion hearing date | May 15, 2025 at 1:30 pm | May 29, 2025 @ 1:30 pm |
| Final Pre-Trial Conference | July 31, 2025 at 1:30 pm | No change anticipated |
| Jury Trial | September 29, 2025 at 9:00 am | No change anticipated |

The parties agree that all other matters contained in the Scheduling Order (Docket 13) filed November 20, 2023, are incorporated herein.

/ / /

/ / /

/ / /

1  Dated:  September 26, 2024          REINER & FRANKEL, LLP

2                                      By  /s/Rick Lundblade_____
3                                          Russell Reiner
                                           Rick Lundblade
4                                          Attorney for Plaintiff,
                                           JENNIFER SHARPE
5
   Dated:  September 26, 2024          CUNNINGHAM SWAIM, LLP
6
                                       By  /s/Jonathan E. Hembree_____
7                                          Michael J. Tehhar
                                           Jonathan E. Hembree
8                                          Attorney for Defendants,
                                           WERNER CO. (erroneously sued as
9                                          "WERNER CO. also known as NEW
                                           WERNER CO.")
10

11
           PURSUANT TO STIPULATION, IT IS SO ORDERED.
12

13

14  Dated:  September 27, 2024          /s/ Daniel J. Calabretta
                                        _____
15                                      THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28