Michael J. Terhar [State Bar No. 89491]
Jonathan E. Hembree [State Bar No. 274051]
CUNNINGHAM SWAIM, LLP
2 North Lake Avenue, Suite 550
Pasadena, California 91101
Telephone:  (626) 765-3000
Facsimile:  (626) 765-3030
Email: mterhar@cunninghamswaim.com
Email: jhembree@cunninghamswaim.com

Attorneys for Defendants,
WERNER CO. (erroneously sued as "WERNER CO.
also known as NEW WERNER CO.")

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SHARPE, | Case No. 2:23-cv-02239-DJC-DMC |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| WERNER CO. also known as NEW WERNER CO.; LOWE'S HOME CENTERS, LLC, doing business as LOWE'S HOME IMPROVEMENT WAREHOUSE; LOWES COMPANIES INC., and DOES 1 through 50, inclusive, | Assigned to: District Judge Daniel J. Calabretta and Magistrate Judge Dennis M. Cota |
| Defendants | |

THIS MATTER having come before the undersigned Judge this day on the parties' Stipulated Motion for Dismissal through their respective attorneys of record, it is hereby ORDERED that Plaintiff JENNIFER SHARPE's complaint for this action, Case No. 2:23-cv-02239-DJC-DMC is dismissed with prejudice and without costs to any party.

DATED this 14th day of November 2024.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE